**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHN CYRIO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4289** |
| **LT. CORBIN HUNT, ET AL** | **SECTION "I"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the plaintiff John Cyrio's claims against the defendant Sgt. Ozelia Spiker are **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this ____20th____ day of March, 2007.

_____
**UNITED STATES DISTRICT JUDGE**