UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN CYRIO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4289** |
| **LT. CORBERT HUNT, LT. VERNON SMITH, LT. WADE RIGDON, SGT. OZELIA SPIKER, SGT. JOHN ODOM** | **SECTION "I"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. No. 48)** filed by the plaintiff, John Cyrio, is **DENIED** without prejudice as premature.

New Orleans, Louisiana, this ____13th____ day of August, 2008.

**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**