UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN CYRIO | CIVIL ACTION |
| VERSUS | NO. 06-4289 |
| CORBERT HUNT, ET AL. | SECTION "I"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that John Cyrio's 42 U.S.C. § 1983 complaint against the defendants is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this \_\_\_\_7th\_\_\_\_ day of April, 2009.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**